COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-454-CV

 

 

IN RE LENNAR CORPORATION,                                               RELATORS

BARBARA WELKE, JACK DAWSON, 

DOUG MURPHY, AND DONNY
HENDRIX                                                  

                                                                                                        

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus or prohibition and is of the opinion that relief
should be denied.  Accordingly, relators=
petition for writ of mandamus or prohibition is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL A: 
CAYCE, C.J.; WALKER and MCCOY, JJ.

 

DELIVERED: 
December 28, 2006











    [1]See
Tex. R. App. P. 47.4.